IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No.: 4:22CR00061 |
| ) | |
| v. ) | |
| ) | |
| Joseph Alan Wright ) | |
| *also known as* ) | |

The Defendant, __Joseph Alan Wright__, having withdrawn his/her plea of Not Guilty entered __February 3, 2022__, pleads GUILTY to Count(s) __One(1) and Two(2)__ of the Indictment after arraignment in open court.

(Signed) Defendant

Date: 6/2/22
Florence, South Carolina