IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA

-V-  CRIMINAL No. 4:22cr00061-SAL

Joseph Alan Wright

### RIGHT TO APPEAL

I have been notified by the court of my right to appeal and that I must do so within fourteen (14) days of the entry of the judgment.

I have discussed this right with my attorney.

 I **do not** want to appeal.

❑ I **do** want to appeal.

x _____
Defendant's Signature

_____
Signature of Counsel

9-2-2022
Date